[No. 30487-9-I.   Division One.   October 11, 1993.]

PAUL POSA, *Appellant*, v. SAFEWAY STORES, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-10453-9, Michael J. Fox, J., entered September 19, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 29667-1-I.   Division One.   October 11, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER JOSEPH JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03359-1, Robert E. Dixon, J., entered November 12, 1991. *Affirmed* by unpublished per curiam opinion.

[Nos. 28987-0-I; 28988-8-I.   Division One.   October 11, 1993.]

*In the Matter of the Dependency of* D.P.

KAREY PASCARELLA, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

*In the Matter of the Dependency of* A.P.

KAREY PASCARELLA, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from judgments of the Superior Court for King County, Nos. 89-7-00856-2, 89-7-00855-4, Lloyd W. Bever, J., entered July 24, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster, C.J., and Agid, J.